UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUNWEI GUO,<br><br>Defendant. | Case No.  26-mj-70083-MAG-1 (VKD)<br><br>**ORDER RE PREPARATION FOR APRIL 16, 2026 STATUS CONFERENCE** |

This case is set for a status conference on April 16, 2026 at 1:00 p.m.  As defendant Junwei Guo has indicated he intends to consent to magistrate judge jurisdiction for this case (a Class A misdemeanor), the Court will advise Mr. Guo of his right to jury trial, judgment, and sentencing before a district court judge, prior to accepting his consent.  In addition, the parties should be prepared to address the following matters at the conference:

1. whether the United States intends to proceed by complaint, as permitted by Rule 58(b)(1), or by information;

2. arraignment on the complaint or information;

3. the status of discovery; and

4. a proposed schedule for trial, or other disposition of the case.

**IT IS SO ORDERED.**

Dated: March 17, 2026

Virginia K. DeMarchi
United States Magistrate Judge