CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5051
FAX: (408) 535-5081
christina.liu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 26-mj-70083 MAG |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER TO |
| v. | ) EXCLUDE TIME UNDER THE SPEEDY TRIAL |
| | ) ACT |
| JUNWEI GUO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On April 16, 2026, the parties in the above-captioned matter appeared before this Court for a status conference. During the hearing, the parties informed the Court that the United States had produced two sets of discovery materials and would be producing further discovery materials. Defense counsel indicated that he needed more time to review the discovery materials and discuss potential next steps with defendant. At the parties' request, the Court set the next hearing in this case as a status conference on May 12, 2026 at 11:00 a.m.

The parties jointly request to exclude the time from April 16, 2026 through May 12, 2026 under the Speedy Trial Act to allow for effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). The parties stipulate and agree that the ends of justice served by excluding the time from April 16, 2026 through May 12, 2026 from computation under

STIP. AND [PROP.] ORDER TO EXCLUDE TIME
CR 26-mj-70083 MAG                    1

the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case. *See id.*

IT IS SO STIPULATED.

Dated: April 16, 2026                    CRAIG H. MISSAKIAN
                                         United States Attorney


                                         */s/ Christina Liu*
                                         Christina Liu
                                         Assistant United States Attorney


Dated: April 16, 2026                    */s/ Varell Fuller*
                                         Varell Fuller
                                         Counsel for Defendant Junwei Guo

STIP. AND [PROP.] ORDER TO EXCLUDE TIME
CR 26-mj-70083 MAG                                2

**[~~PROPOSED~~] ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from April 16, 2026 through May 12, 2026 would unreasonably deny defense counsel and defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The Court further finds that the ends of justice served by excluding the time from April 16, 2026 through May 12, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial. *See* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 16, 2026 through May 12, 2026 shall be excluded from computation under the Speedy Trial Act. *See id.*

IT IS SO ORDERED this  April 17, 2026  ~~day of April 2026~~.

THE HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIP. AND [~~PROP.~~] ORDER TO EXCLUDE TIME
CR 26-mj-70083 MAG                    3