JODI LINKER
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Varell_Fuller@fd.org

Counsel for Defendant GUO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>JUNWEI GUO,<br><br>           Defendant. | No. CR 26-70083 VKD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING<br><br>**AS MODIFIED BY THE COURT** |

**STIPULATION**

Mr. Guo is currently set for a status hearing on May 12, 2026. The defense respectfully requests that the Court continue the status hearing from May 12, 2026, to June 16, 2026.

Good cause exists for the requested continuance. On May 5, 2026, the defense received approximately 256 GB of electronic evidence extracted from the drone and its controller. The defense needs additional time to finalize retaining an expert to analyze and review the data, conduct an evidence review of the drone and controller, and complete its investigation.

Additionally, on April 28, 2026, the defense requested supplemental discovery relating to Mr. Guo's questioning by law enforcement, including materials relevant to a potential motion

STIPULATION AND [~~PROPOSED~~] ORDER
CR 26-70083-VDK

to suppress Mr. Guo's statements. The parties have tentatively agreed to meet and confer on May 11, 2026, regarding the defense's supplemental discovery request to resolve outstanding discovery issues without the need for motion practice.

Accordingly, the defense respectfully requests that the Court continue the status hearing currently scheduled for May 12, 2026, to June 16, 2026.

The parties stipulate and agree that time may be excluded under the Speedy Trial Act for the period from May 12, 2026, to June 16, 2026, for effective preparation of counsel and in the interest of justice. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: May 8, 2026

JODI LINKER
Federal Public Defender
_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: May 8, 2026

CRAIG H. MISSAKIAN
United States Attorney
_____/s/_____
CHRISTINA LIU
Assistant United States Attorney

[~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for Tuesday, May 12, 2026, is continued to Tuesday, June 16, 2026, at **1:00 p.m.** ~~9:00 a.m.~~

IT IS FURTHER ORDERED that the time from May 12, 2026, through and including June 16, 2026, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

STIPULATION AND [~~PROPOSED~~] ORDER
CR 26-70083-VDK

THE COURT FINDS that failure to exclude the time from May 12, 2026, through and including June 16, 2026, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding this time outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the Court excludes this period pursuant to 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  May 11, 2026       _____
HONORABLE VIRGINA K. DeMARCHI
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 26-70083-VDK