JODI LINKER
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Varell_Fuller@fd.org

Counsel for Defendant GUO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JUNWEI GUO,<br><br>                    Defendant. | No. CR 26-70083 VKD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING |

## STIPULATION

Mr. Guo is currently set for a status hearing on June 16, 2026. The defense respectfully requests that the Court continue the status hearing from June 16, 2026, to July 30, 2026.

The defense respectfully requests that the Court continue the status hearing currently set in this matter to permit the defense additional time to prepare. Since the parties' last stipulation, the government has produced a fourth round of discovery consisting of an additional 262 MB of data and materials on May 26, 2026. The defense is continuing to review the newly produced discovery.

STIPULATION AND [~~PROPOSED~~] ORDER
CR 26-70083-VDK

In addition, the defense has retained a forensic expert to examine and analyze the drone data produced in discovery. Counsel requires additional time to provide the discovery to the expert and allow him to complete his review and analysis. The defense only recently identified and retained a qualified expert due to the specialized nature of the expertise required in this case. Accordingly, the defense respectfully requests that the Court continue the currently scheduled status hearing from June 16, 2026, to July 30, 2026.

The parties stipulate and agree that time may be excluded under the Speedy Trial Act between June 16, 2026, and July 30, 2026, for effective preparation of counsel and in the interests of justice. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: June 10, 2026 | JODI LINKER
Federal Public Defender
_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: June 10, 2026 | CRAIG H. MISSAKIAN
United States Attorney
_____/s/_____
CHRISTINA LIU
Assistant United States Attorney

## [PROPOSED] **ORDER**

GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for Tuesday, June 16, 2026, is continued to Thursday, July 30, 2026, at 10:00 a.m.

STIPULATION AND [PROPOSED] ORDER
CR 26-70083-VDK

IT IS FURTHER ORDERED that the time from June 16, 2026, through and including July 30, 2026, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

THE COURT FINDS that failure to exclude the time from June 16, 2026, through and including July 30, 2026, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding this time outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the Court excludes this period pursuant to 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv). IT IS SO ORDERED.

DATED:   June 10, 2026

_Virginia K. DeMarchi_
HONORABLE VIRGINA K. DeMARCHI
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 26-70083-VDK