JODI LINKER
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Varell_Fuller@fd.org

Counsel for Defendant GOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JUNWEI GUO,<br><br>Defendant. | No. CR 26-70083 VKD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |

**STIPULATION**

Mr. Guo is currently set for a status hearing on July 30, 2026. The defense respectfully requests that the Court continue the status hearing from July 30, 2026, to August 19, 2026.

The defense respectfully requests that the Court continue the status hearing currently set in this case to permit the defense additional time to prepare. Defense counsel requires additional time to consult with the defense forensic expert and the immigration expert retained in this case regarding a possible negotiated disposition. Accordingly, the defense respectfully requests that the Court continue the currently scheduled status hearing from July 30, 2026, to August 19, 2026.

The parties stipulate and agree that time may be excluded under the Speedy Trial Act between July 30, 2026, and August 19, 2026, for effective preparation of counsel and in the interests of justice. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: July 28, 2026

JODI LINKER
Federal Public Defender
___________/s/_______________
VARELL L. FULLER
Assistant Federal Public Defender

Dated: July 28, 2026

CRAIG H. MISSAKIAN
United States Attorney
__________/s/________________
CHRISTINA LIU
Assistant United States Attorney

[~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for Tuesday, July 30, 2026, is continued to Wednesday, August 19, 2026, at 10:00 a.m.

IT IS FURTHER ORDERED that the time from July 30, 2026, through and including August 19, 2026, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

THE COURT FINDS that failure to exclude the time from July 30, 2026, through and including August 19, 2026, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding this time outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the Court excludes this period pursuant to 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: July 28, 2026

Virginia K. DeMarchi

HONORABLE VIRGINA K. DeMARCHI
United States Magistrate Judge