JODI LINKER
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Varell_Fuller@fd.org

Counsel for Defendant GOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUNWEI GUO,<br><br>Defendant. | No. CR 26-70083 VKD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING |

**STIPULATION**

Mr. Guo is currently set for a status hearing on August 19, 2026. The defense respectfully requests that the Court continue the status hearing from August 19, 2026, to September 10, 2026.

The defense respectfully requests that the Court continue the status hearing currently set in this case to allow the parties additional time to prepare. Specifically, defense counsel requires additional time to meet and confer with Mr. Guo regarding a possible negotiated disposition. The government has also advised that it requires additional time to confer internally and obtain the necessary approval for the disposition currently under discussion. Accordingly, the defense

respectfully requests that the Court continue the currently scheduled status hearing from August 19, 2026, to September 10, 2026

The parties stipulate and agree that time may be excluded under the Speedy Trial Act between August 19, 2026, to September 10, 2026, for effective preparation of counsel and in the interests of justice. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: August 18, 2026

JODI LINKER
Federal Public Defender
__________/s/______________
VARELL L. FULLER
Assistant Federal Public Defender

Dated: August 18, 2026

CRAIG H. MISSAKIAN
United States Attorney
__________/s/______________
CHRISTINA LIU
Assistant United States Attorney

## [~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for August 19, 2026, is continued to September 10, 2026, at 1:00 p.m.

IT IS FURTHER ORDERED that the time from August 19, 2026, through and including September 10, 2026, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

THE COURT FINDS that failure to exclude the time from August 19, 2026, through and including September 10, 2026, would unreasonably deny defense counsel the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding this time outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the Court excludes this period pursuant to 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: August 18, 2026

Virginia K. DeMarchi

HONORABLE VIRGINA K. DeMARCHI
United States Magistrate Judge